# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HERITAGE HOME GROUP LLC, et al.,<br><br>    Debtors,[1] | Chapter 11<br><br>Case No. 18-11736 (KG)<br><br>Jointly Administered |
| HERITAGE HOME GROUP LLC,<br><br>    Plaintiff,<br> v.<br><br>TOW OF WISCONSIN, INC.,<br><br>    Defendant. | Adv. Proc. No. 19-50006 (KG) |

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

TOW of Wisconsin, Inc. (the "Defendant"), by and through its undersigned counsel, hereby files its Motion to Dismiss (the "Motion") the Complaint of Heritage Home Group LLC (the "Plaintiff"), for the reasons set forth more fully in the accompanying Memorandum of Law, which is incorporated herein by reference.

[*Signature on Following Page*]

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165): HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

{00025042. }

                        Respectfully Submitted,

Dated: February 26, 2019
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com

      -and-

**FENNEMORE CRAIG, P.C.**

Anthony W. Austin
2394 E. Camelback Road, Ste. 600
Phoenix, AZ 85016
602-916-5000
aaustin@fclaw.com

*Attorneys for Defendant*