# Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP LLC, *et al.*, | Case No. 18-11736 (BLS) |
| Debtors,[1] | Jointly Administered |
| HERITAGE HOME GROUP LLC, | |
| Plaintiff, | |
| PNC BANK, NATIONAL ASSOCIATION,<br>in its capacity as pre-petition and post-petition lender, | |
| Plaintiff-Intervenor, | |
| v. | |
| ANGELUS FURNITURE OUTLET, INC. | Adv. Proc. No. 18-50968 (BLS) |
| CABOT HOUSE INC. | Adv. Proc. No. 19-50000 (BLS) |
| CAMPBELL & CO. INC. | Adv. Proc. No. 19-50001 (BLS) |
| PLUM MANAGEMENT LLC | Adv. Proc. No. 19-50002 (BLS) |
| QUALITY FURNITURE, LLC | Adv. Proc. No. 19-50003 (BLS) |
| SAMALCO LLC | Adv. Proc. No. 19-50004 (BLS) |
| THE ANNEX LLC | Adv. Proc. No. 19-50005 (BLS) |
| TOW OF WISCONSIN, INC., | Adv. Proc. No. 19-50006 (BLS) |
| Defendants. | |

## ORDER APPROVING STIPULATION SETTING BRIEFING
## SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS COMPLAINT

Upon consideration of the *Stipulation Setting Briefing Schedule on Defendants' Motions to Dismiss Complaint* (the "Stipulation"),[2] attached hereto as **Exhibit 1**, and after due deliberation and sufficient cause appearing therefore, and this matter being submitted on consent,

---

[1] The debtors in these chapter 7 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165): HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150).  The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Stipulation.

IT IS HEREBY ORDERED that:

1.      The Stipulation is approved.

2.      The deadline for PNC to file a response in opposition to the Motion to Dismiss is extended through and including August 24, 2020.

3.      The deadline for Defendants to file a reply in support of the Motion to Dismiss is extended through and including September 14, 2020.

Dated: _____, 2020
        Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| HERITAGE HOME GROUP LLC, *et al.*, | Case No. 18-11736 (BLS) |
| Debtors,[1] | Jointly Administered |
| HERITAGE HOME GROUP LLC, | |
| Plaintiff, | |
| PNC BANK, NATIONAL ASSOCIATION, in its capacity as pre-petition and post-petition lender, | |
| Plaintiff-Intervenor, v. | |
| ANGELUS FURNITURE OUTLET, INC. CABOT HOUSE INC. CAMPBELL & CO. INC. PLUM MANAGEMENT LLC QUALITY FURNITURE, LLC SAMALCO LLC THE ANNEX LLC TOW OF WISCONSIN, INC., | Adv. Proc. No. 18-50968 (BLS) Adv. Proc. No. 19-50000 (BLS) Adv. Proc. No. 19-50001 (BLS) Adv. Proc. No. 19-50002 (BLS) Adv. Proc. No. 19-50003 (BLS) Adv. Proc. No. 19-50004 (BLS) Adv. Proc. No. 19-50005 (BLS) Adv. Proc. No. 19-50006 (BLS) |
| Defendants. | |

## STIPULATION SETTING BRIEFING SCHEDULE
## ON DEFENDANTS' MOTIONS TO DISMISS COMPLAINT

PNC Bank, National Association ("PNC") as Plaintiff-Intervenor, Alfred T. Giuliano as Chapter 7 Trustee (the "Trustee") and the above-captioned defendants (collectively, the "Defendants," and with PNC and the Trustee, the "Parties") hereby agree and stipulate as follows:

---

[1] The debtors in these chapter 7 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165): HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150).  The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

WHEREAS, on January 4, 2019, Debtor Heritage Home Group LLC filed its Complaint [Adv. D.I. 1][2] (the "Complaint") against Defendants;

WHEREAS, on February 26, 2019, Defendants each filed a *Motion to Dismiss Complaint* [Adv. D.I. 11] (the "Motion to Dismiss");

WHEREAS, on March 1, 2019, the Court entered the *Order Approving Stipulation (I) Extending Defendant's Time to Answer or Otherwise Respond to Complaint and (II) Setting Briefing Schedule on Defendant's Motion to Dismiss Complaint* [Adv. D.I. 15];

WHEREAS, on March 15, 2019, the Court entered an *Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7* [D.I. 644];

WHEREAS, on March 15, 2019, Alfred T. Giuliano was appointed as chapter 7 trustee;

WHEREAS, on July 23, 2020, the Court entered the *Order Granting Motion of PNC Bank, N.A. to Intervene* [Adv. D.I. 37] authorizing PNC to intervene in the above-captioned adversary proceedings;

WHEREAS, the Parties have conferred and agreed to a briefing schedule on the Motion to Dismiss;

NOW, BASED ON THE FOREGOING, IT IS AGREED THAT:

1.      The deadline for PNC to file a response in opposition to the Motion to Dismiss is extended through and including August 24, 2020.

2.      The deadline for Defendants to file a reply in support of the Motion to Dismiss is extended through and including September 14, 2020.

---

[2] Unless stated otherwise, references herein to 'Adv. D.I. __' shall refer to the docket of Adversary No. 18-50968.

Dated:   July 31, 2020

| | |
|---|---|
| **BLANK ROME LLP** | **THE ROSNER LAW GROUP LLC** |

*/s/ Brandon W. McCune*

Regina Kelbon (DE 5444)
Stanley B. Tarr (DE 5535)
Brandon W. McCune (DE 6563)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Tel: (302) 425-6400
Facsimile: (302) 425-6464
Email: kelbon@blankrome.com
        tarr@blankrome.com
        mccune@blankrome.com

John E. Lucian
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel: (215)-569-5500
Facsimile: (215) 569-5555
Email: lucian@blankrome.com

*Counsel to PNC Bank, N.A.*

**PACHULSKI STANG ZIEHL &
JONES LLP**

*/s/ Peter J. Keane*

Bradford J. Sandler (DE 4142)
Peter J. Keane (DE 5503)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Tel: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: bsandler@pszjlaw.com
        pkeane@pszjlaw.com

*Counsel for Alfred T. Giuliano, Chapter 7
Trustee*

*/s/ Jason A. Gibson*

Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Tel: (302) 777-1111
E-mail: rosner@teamrosner.com
        gibson@teamrosner.com
        liu@teamrosner.com

-and-

**FENNEMORE CRAIG, P.C.**

Anthony W. Austin, Esq.
2394 E. Camelback Road, Ste. 600
Phoenix, AZ 85016
602-916-5000
aaustin@fclaw.com

*Counsel to Defendants*