# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HERITAGE HOME GROUP LLC, *et al.*,<br><br>　　　　　　　　　　　　Debtors,[1] | Chapter 7<br><br>Case No. 18-11736 (BLS)<br><br>Jointly Administered |
| HERITAGE HOME GROUP LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>PNC BANK, NATIONAL ASSOCIATION,<br>in its capacity as pre-petition and post-petition lender,<br><br>　　　　　　　　　Plaintiff-Intervenor,<br>　　v.<br><br>ANGELUS FURNITURE OUTLET, INC.<br>CABOT HOUSE INC.<br>CAMPBELL & CO. INC.<br>PLUM MANAGEMENT LLC<br>QUALITY FURNITURE, LLC<br>SAMALCO LLC<br>THE ANNEX LLC<br>TOW OF WISCONSIN, INC.,<br><br>　　　　　　　　　　　Defendants. | Adv. Proc. No. 18-50968 (BLS)<br>Adv. Proc. No. 19-50000 (BLS)<br>Adv. Proc. No. 19-50001 (BLS)<br>Adv. Proc. No. 19-50002 (BLS)<br>Adv. Proc. No. 19-50003 (BLS)<br>Adv. Proc. No. 19-50004 (BLS)<br>Adv. Proc. No. 19-50005 (BLS)<br>Adv. Proc. No. 19-50006 (BLS) |

**ORDER APPROVING STIPULATION SETTING BRIEFING
SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS COMPLAINT**

Upon consideration of the *Stipulation Setting Briefing Schedule on Defendants' Motions to Dismiss Complaint* (the "Stipulation"),[2] attached hereto as **Exhibit 1**, and after due deliberation and sufficient cause appearing therefore, and this matter being submitted on consent,

---

[1] The debtors in these chapter 7 cases, along with the last four digits of each debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165): HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Stipulation.

{00028676. }

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The deadline for PNC to file a response in opposition to the Motion to Dismiss is extended through and including August 24, 2020.

3. The deadline for Defendants to file a reply in support of the Motion to Dismiss is extended through and including September 14, 2020.

Dated: August 3, 2020

Brendan Linehan Shannon
United States Bankruptcy Judge