IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HERITAGE HOME GROUP LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 18-11736 (BLS) |
| HERITAGE HOME GROUP LLC,<br><br>Plaintiff,<br><br>PNC BANK, NATIONAL ASSOCIATION, in its capacity as pre-petition and post-petition lender,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>CABOT HOUSE INC.<br>CAMPBELL & CO., INC.<br>PLUM MANAGEMENT LLC<br>QUALITY FURNITURE, LLC<br>SAMALCO LLC<br>THE ANNEX LLC DBA THOMASVILLE DREXEL<br>TOW OF WISCONSIN, INC.,<br><br>Defendants. | Adv. Pro. No. 19-50000 (BLS)<br>Adv. Pro. No. 19-50001 (BLS)<br>Adv. Pro. No. 19-50002 (BLS)<br>Adv. Pro. No. 19-50003 (BLS)<br>Adv. Pro. No. 19-50004 (BLS)<br>Adv. Pro. No. 19-50005 (BLS)<br>Adv. Pro. No. 19-50006 (BLS) |

**MEDIATOR'S CERTIFICATE OF COMPLETION**

In accordance with this Court's Order Approving Stipulation Governing Mediation, dated December 7, 2020, the undersigned Mediator reports that the mediation was held for the above-referenced adversary actions on March 8, 2021.

(a)  The following individuals were present:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, as applicable, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters is located at 1925 Eastchester Drive, High Point, North Carolina 27265.

(1) Parties – Robert Allen as representative of Debtor; Thomas F. Karlov as representative of PNC Bank, National Association; Mike Massood; Edward Massood; Bobby Bendetson; John Campbell; Andy Alberti; Shupei Chiao; and Al Moscatel as representatives of Defendants;

(2) Counsel – Peter J. Keane, Esq. representing the Trustee; John Lucian, Esq. representing Intervenor-Plaintiff; and Jason Gibson, Esq. and Anthony Austin, Esq. representing Defendants.

(b) The matters have been completely resolved and counsel and parties have been instructed to file the appropriate dismissal documents.

Dated: April 6, 2021

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek C. Abbott*
Derek C. Abbott (#3376)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 351-9357
Facsimile: (302) 425-4664